UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANDY CLERMONT,                                  :

                Plaintiff,                    :

       - against -                                  :         ORDER

ALBORO NATIONAL NJ, LLC, and            :         20-CV-11121 (ALC)(KNF)
ABE SCHWEBEL,
                                                 :

                Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Based on Docket Entry Nos. 17 and 18, the telephonic conference scheduled previously for July 27, 2021, is canceled.

Dated: New York, New York                    SO ORDERED:
           July 26, 2021

                                                                    _____
                                                                    KEVIN NATHANIEL FOX
                                                                    UNITED STATES MAGISTRATE JUDGE