| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __1/19/2022__ |
| FRANDY CLERMONT,<br><br>       Plaintiff,<br><br>-against-<br><br>ALBORO NATIONAL NJ, LLC and ABE SCHWEBEL,<br><br>       Defendants. | 20-cv-11121 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Plaintiff's submission dated December 31, 2021.  ECF No. 21. Having reviewed the settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement.  Accordingly, it is **ORDERED** that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the Parties.

**SO ORDERED.**

Dated: January 19, 2022
    New York, New York

                    *[signature]*
                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**